IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–00489–REB–KMT

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

PACE ENTERPRISES, INC., and
VERNON O. PACE,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on the parties' "Stipulated Motion for Protective Order" (Doc. No. 60, filed June 7, 2012). The Motion is DENIED and the proposed Protective Order is REFUSED. The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here.

*Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), set out certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection." *Id.* at 386. The proposed Protective Order does not comply with this requirement established in *Gillard*.

Therefore, it is ORDERED that the Motion for Protective Order (Doc. No. 60) is DENIED without prejudice.

Dated: June 7, 2012