**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00489-REB-KMT

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

PACE ENTERPRISES, INC., and
VERNON O. PACE,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulation for Voluntary Dismissal with Prejudice** [#65] filed July 16, 2012.  After careful review of the joint stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the  **Joint Stipulation for Voluntary Dismissal with Prejudice** [#65] filed July 16, 2012, is **APPROVED**;

    2.  That the Trial Preparation Conference set for January 11, 2013, is **VACATED**;

    3.  That the jury trial set to commence January 28, 2013, is **VACATED**; and

    4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated July 18, 2012, at Denver, Colorado.

2

                        BY THE COURT:

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge